**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JACK CORRADINO, GINA CORRADINO HANLEY, AND JCP ENTERPRISES 1 LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>GERMAN SHESTAKOV, GENNADIY SHESTAKOV, STANLISAV SHESTAKOV, RUDOLF (A/K/A RUVANE) YAGUDAYEV, EUGENE MIGIROV, FLEXFILLS LLC, FLEXFILLS DIGITAL LTD., FEHU CAPITAL LLC, FEHU CAPITAL L.P., TRADE FLOW TECHNOLOGIES, INC., SHESTAKOV ENTERPRISES LLC, YEHUDA CAPITAL LLC, JOHN DOES 1-10, AND ABC CORPS 1-10,<br><br>*Defendants*. | Civil Action No.:<br><br>**3:26-cv-08286-ZNQ-JBD** |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

**NOTICE IS HEREBY GIVEN BY** Plaintiffs' Jack Corradino, Gina Corradino Hanley, and JCP Enterprises 1 LLC, through their undersigned counsel, that the above captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 01, 2026

**BRACH EICHLER LLC**

Keith J. Roberts, Esq. (043681993)
101 Eisenhower Parkway, Suite 201
Roseland, New Jersey 07068
kroberts@bracheichler.com
T: (973) 228-5700